UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICTOR CHEONG,

                Plaintiff,

– against –

THE BANK OF EAST ASIA, LTD., THE BANK OF EAST ASIA, LTD., NEW YORK BRANCH,

                Defendants.

**ORDER**

22-cv-9234 (ER)

Ramos, D.J.:

      Victor Cheong brought this employment discrimination action against The Bank of East Asia, Ltd. and The Bank of East Asia, Ltd., New York Branch on October 27, 2022.  Doc. 1.  During a pre-motion conference held on March 15, 2023, Cheong was granted leave to file an amended complaint.  Cheong filed his first amended complaint ("FAC") on April 5, 2023.  Doc. 17.  Defendants moved to dismiss the FAC on April 26, 2023.  Doc. 18.

      Thereafter, on May 15, 2023, Cheong requested that the Court grant him leave to file a second amended complaint ("SAC") to add the termination of his employment, which occurred in April 2025, after he filed the FAC.  Doc. 21.  The Court granted this request and Cheong filed the SAC on May 31, 2023.  Docs. 24, 25.  The Court also set the following briefing schedule should Defendants wish to move to dismiss the SAC:  Defendants' motion to dismiss due June 21, 2023, Cheong's response due July 12, 2023, and Defendants' reply due July 19, 2023.  Doc. 24.  Accordingly, Defendants' motion to dismiss the FAC, Doc. 18, is moot.

      The Clerk of Court is respectfully directed to terminate the motions, Docs. 18 and 21.

      It is SO ORDERED.

Dated:    June 1, 2023
           New York, New York

_____
                        Edgardo Ramos, U.S.D.J.