**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
VICTOR CHEONG,

                      Plaintiff,

    -against-                                            22 **CIVIL** 9234 (ER)

                                                                  **<u>JUDGMENT</u>**

THE BANK OF EAST ASIA, LTD., THE BANK OF
EAST ASIA, LTD., NEW YORK BRANCH.

                      Defendants.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated March 29, 2024, BEA's motion to dismiss Cheong's Second Amended Complaint is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      March 29, 2024

                                                                **RUBY J. KRAJICK**
                                                                **Clerk of Court**

                              **BY:**  _____
                                                           **Deputy Clerk**